# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Rithwan Badel,                                                        Civil No. 12-640 (RHK/JJK)

        Plaintiff,                                         **ORDER**

v.

Viacom Inc.,

        Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 23, 2012. Objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the undersigned's de novo review of the Objections, the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 4) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

3. Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 24, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge