**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rithwan Ahmed Badel,

             Plaintiff,

                                    Civ. No. 12-640 (RHK/JJK)
                                    **ORDER**

v.

Viacom Inc.,

             Defendant.

On March 12, 2012, Plaintiff Rithwan Ahmed Badel commenced this action by filing a Complaint described by the Magistrate Judge as "simply incomprehensible" and an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. The Magistrate Judge recommended that this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), which authorizes a court to dismiss a "frivolous or malicious" IFP case. The Court fully agreed with the Magistrate Judge's description of the case and, over Badel's Objections, adopted his Report and Recommendation, denied Badel's application to proceed IFP, and dismissed this case. (Doc. No. 5.)

Badel has now filed a Notice of Appeal to the Eighth Circuit, along with an Application to Proceed IFP on Appeal (Doc. No. 9). The Court remains firmly convinced that this action is frivolous and that an appeal would constitute a waste of time and judicial resources. The Court further notes that Badel has filed at least four such frivolous actions in this Court against large corporate defendants, as noted in the

Magistrate Judge's Report and Recommendation. Having provided nothing to change the undersigned's view of this case, and based on all the files, records, and proceedings herein, **IT IS ORDERED** that Badel's Application to Proceed IFP on Appeal (Doc. No. 9) is **DENIED**.

Dated: July 11, 2012                                                s/Richard H. Kyle
                                                                                        RICHARD H. KYLE
                                                                                        United States District Judge